Janice THIBERT,
*Appellant,*

*v.*

Robert PATTERSON,
*Respondent.*

(94-3174; CA A86860)

907 P2d 1139

Robert A. Lucas argued the cause for appellant. With him on the brief was Lucas and Associates.

No appearance for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

Appellant argues that the trial court abused its discretion by not granting her a postponement of a show cause hearing and requiring her to proceed with the hearing without an attorney. Appellant also asserts that the show cause orders were improperly presented *ex parte* to the trial judge. Appellant's designation of the record includes the trial court file and a one-page excerpt of the transcript from the show cause hearing. Based on the record before us, we are unable to determine whether the trial court abused its discretion.

Affirmed. Costs to respondent, not including attorney fees.